| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

STANLEY RISING §
and SUSAN RISING, §
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
　　　　Plaintiffs, §
　　　　　　　　　　　　　　　§
*versus* §　CIVIL ACTION NO. 1:07-CV-880
　　　　　　　　　　　　　　　§
ALLSTATE TEXAS LLOYD'S §
INSURANCE COMPANY, §
　　　　　　　　　　　　　　　§
　　　　Defendant. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

　　　　The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on November 16, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' joint motion to dismiss and enter judgment pursuant to settlement.

　　　　The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

　　　　**ORDERED** that the reference to the magistrate judge is **VACATED**.

　　　　SIGNED at Beaumont, Texas, this 28th day of March, 2008.

　　　　　　　　　　　　　　　　　　　　　　*Marcia A. Crone*
　　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE